# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FISKER AUTOMOTIVE HOLDINGS, INC., et al., | : | Case No. 13-13087-KG |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| HYBRID TECH HOLDINGS, LLC, | : | |
| | : | |
| Appellant, | : | |
| | : | Civil Action No. 14-cv-00099-GMS |
| v. | : | |
| | : | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FISKER AUTOMOTIVE HOLDINGS, INC. AND FISKER AUTOMOTIVE, INC., | : | |
| | : | |
| Appellee. | : | |

**APPLICATION FOR ORAL ARGUMENT ON (I) EMERGENCY MOTION OF HYBRID TECH HOLDINGS, LLC, PURSUANT TO 11 U.S.C. § 105(a), FED. R. BANKR. P. 8011(d) AND 8019, AND DISTRICT COURT'S STANDING ORDER DATED JULY 23, 2004 FOR ENTRY OF AN ORDER (A) EXPEDITING APPEAL OF CREDIT BID DECISION, (B) SHORTENING BRIEFING SCHEDULE, AND (C) BYPASSING APPELLATE MEDIATION [D.I. 20] AND (II) EMERGENCY MOTION FOR EXPEDITED HEARING [D.I. 21]**

Pursuant to District of Delaware Local Rule 7.1.4, Appellant, Hybrid Tech Holdings, LLC, respectfully requests that the Court schedule oral argument on the (I) Emergency Motion Of Hybrid Tech Holdings, LLC, Pursuant To 11 U.S.C. § 105(a), Fed. R. Bankr. P. 8011 And 8019, And The Certain Standing Order Of This Court For Entry Of An Order (A) Expediting Appeal Of Credit-Bid Decision, (B) Entering Shortened-Briefing Schedule, And (C) Bypassing Appellate Mediation [D.I. 20] and (II) Motion For Expedited Hearing [D.I. 21].

Dated: Wilmington, Delaware
       January 29, 2014

Respectfully submitted,

/s/  Richard A. Barkasy
SCHNADER HARRISON SEGAL & LEWIS LLP
Richard A. Barkasy (#4683)
Fred W. Hoensch (#5761)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 888-4554
Facsimile:   (302) 888-1696

-and-

KELLER & BENVENUTTI LLP
Tobias S. Keller (admitted *pro hac vice*)
Peter J. Benvenutti (admitted *pro hac vice*)
650 California Street, Suite 1900
San Francisco, CA 94108

-and-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Susheel Kirpalani (admitted *pro hac vice*)
James C. Tecce (admitted *pro hac vice*)
William Pugh
51 Madison Avenue, 22nd Floor
New York, New York 10010

K. John Shaffer (admitted *pro hac vice*)
Eric D. Winston (admitted *pro hac vice*)
Matthew Scheck
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

*Attorneys for Hybrid Tech Holdings, LLC*