IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| FISKER AUTOMOTIVE HOLDINGS INC., et al. | : |
|     Debtor | : |
| | : |
| HYBRID TECH HOLDINGS LLC, | : |
|     Appellant, | : |
| v. | :   Civil Action No. 14-99 GMS |
| |     Bankruptcy Case No. 12-13087 (KG) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | :   AP No. 14-2 |
| | : |
|     Appellee. | : |

## ORDER

At Wilmington this ___19th___ day of February, 2014, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 37);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **March 7, 2014.**

_____
CHIEF, UNITED STATES DISTRICT JUDGE